UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | COLLIER/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:12-CR-116 |
| | ) | |
| BOBBY JACK HUGGINS | ) | |

# O R D E R

On April 15, 2013, Magistrate Judge William B. Mitchell Carter filed a Report and
Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count One of
the Second Superseding Indictment in exchange for the undertakings made by the government in
the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in
Count One of the Second Superseding Indictment; (c) that a decision on whether to accept the plea
agreement be deferred until sentencing; and (d) Defendant shall be taken into custody pending
sentencing in this matter (Court File No. 128). Neither party filed an objection within the given
fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and
recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's
report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Second Superseding Indictment, in
exchange for the undertakings made by the government in the written plea agreement, is
**ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
Second Superseding Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL BE TAKEN INTO CUSTODY** pending sentencing on

**Thursday, July 25, 2013 at 9:00 am**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**